UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ELBA L. MALDONADO,

                        Plaintiff,

        -against-

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

                        Defendant.

------------------------------------------------------------------x

**25-CV-2389 (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       Plaintiff's reply in support of its motion to remand was due September 12, 2025. ECF No. 19. To date, Plaintiff has not filed a reply. Plaintiff is directed to file its reply by **September 26, 2025** or the briefing will be deemed complete.

       SO ORDERED.

DATED:    New York, New York
               September 23, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge