**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ELBA L.M.,

                                        Plaintiff,

             -against-                                                25 **CIVIL** 2389 (GRJ)

                                                                      **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                                        Defendant.
------------------------------------------------------------------X

             It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Decision and Order dated March 16, 2026, Plaintiff's Motion for Remand

for Further Administrative Proceedings, which the Court construes as a motion for judgment on

the pleadings (Docket No. 17) is DENIED; the Commissioner is GRANTED Judgment on the

Pleadings; and this case is DISMISSED; accordingly, the case is closed.

**Dated:** New York, New York

             March 16, 2026

                                                        **TAMMI M. HELLWIG**
                                                        _____
                                                                **Clerk of Court**

                                           **BY:**        K. mango
                                                        _____
                                                                **Deputy Clerk**